PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
JUL 24 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__AUSTIN__ DIVISION

RECEIVED
JUL 24 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

__PAUL CONNALL #418226__
Plaintiff's Name and ID Number

__MTC-ISF HENDERSON TEXAS__
Place of Confinement

CASE NO. __1:23CV00865 RP__
(Clerk will assign the number)

v.

__PAMELA THIELKE- DIRECTOR- PAROLE- 8610 SHOAL CREEK, AUSTIN, TEXAS- 78757__
Defendant's Name and Address

__N/A__
Defendant's Name and Address

__N/A__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __N/A__
   2. Parties to previous lawsuit:
      Plaintiff(s) __N/A__
      Defendant(s) __N/A__
   3. Court: (If federal, name the district; if state, name the county.) __N/A__
   4. Cause number: __N/A__
   5. Name of judge to whom case was assigned: __N/A__
   6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
   7. Approximate date of disposition: __N/A__

Rev. 05/15

2

PLACE OF PRESENT CONFINEMENT: MTC-ISF Henderson, Texas

## I. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   (YES)   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

## V. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Paul Connall # 418226-C-1-Y MTC-ISF PO Box 8000 Henderson, Texas- 75653

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Pamela Thigpike 8610 Shoal Creek Blvd. Austin, Texas- 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SEE ATTACHED PAGES

Defendant #2: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #3: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #4: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #5: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

SEE ATTACHED pages

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SAME

VII. GENERAL BACKGROUND INFORMATION:
A. State, in complete form, all names you have ever used or been known by including any and all aliases.

SAME

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII. SANCTIONS:
A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES (X) NO
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? (X) YES ___ NO

Rev. 05/15

4

PAGE ONE    STATEMENT OF CLAIM

THE DEFENDANTS, HAVE VIOLATED THE 5TH, 6TH, 8TH, AND 14TH AMENDMENT CLAUSES- USCA- US CONSTITUTION AND CONSTITUTION STATE OF TEXAS.

AS DEFENDANTS HAVE VIOLATED STATE LAWS, PAROLE LAW, PAROLE REGULATIONS- AS "NOT" CREDITING PLAINTIFF, WITH DAY FOR DAY- FLAT TIME SERVED.

AS UNDER PAROLE LAW, REGULATIONS, MY 90 (NINETY) DAY TERM - PROGRAM- SHOULD START, TIME CREDITED, FROM DATE PAROLE BOARD VOTED ISF-

"NOT" DAY I ARRIVED AT MTC- ISF 9W INDUSTRIAL DRIVE, HENDERSON, TEXAS- 75653.

AS I PAUL CONNALL # 418226, PLAINTIFF, WAS VOTED ON BY PAROLE BOARD, TO GO TO ISF, ON DATE OF: 4-26-23.
THEREFORE... MY 90 (NINETY) DAY TERM- SHOULD BE TOTALLY AND FULLY SERVED- ON DATE OF: JULY 24, 2023.

BUT..... PAROLE OFFICER ALLEN, AT MTC- ISF, 9W INDUSTRIAL DRIVE, HENDERSON, TEXAS- (END PAGE ONE)

## Page Two Complete Statement of Claim

75653... States 90 (Ninety) Day Program - Starts Date of Arrival at MTC-ISF - 900 Industrial Drive Henderson, Texas - 75653. "That is not Correct!"

That violates parole rules - regulations state laws - and is illegally and unconstitutionally forcing plaintiff Paul Connall to Re-serve time a second time and that is a Double Jeopardy violation - an 8th Amendment USCA - Clause - U.S. Constitution violation, a 5th and a 14th Amendment USCA - U.S. Constitution Due Process of Law Clause Violation.

This act (action) violates state laws, parole laws, parole regulations.

Therefore... A Court order should be entered by said court, ordering Release of plaintiff, Paul Connall, # 418224, from MTC-ISF 900 Industrial Drive, Henderson, Texas, 75653 - to Parole - and - have Parole Re-Instated - Immediately on Date of July 24, 2023 a Monday.

(End page two)

PAGE NUMBER - THREE - Complete Statement Claim

---

ALL PLAINTIFFS, CO-PLAINTIFFS - HAVE SUFFERED THIS SAME VIOLATION -

THIS SAME Double Jeopardy VIOLATION -

THIS SAME DUE PROCESS VIOLATION -

VIOLATIONS OF STATE LAW -

VIOLATIONS OF PAROLE LAWS -

VIOLATIONS OF PAROLE REGULATIONS -

VIOLATIONS OF THE 5TH, 6TH, 8TH, AND 14TH AMENDMENTS, USCA - U.S. CONSTITUTION AND TEXAS CONSTITUTION -

BY THESE ACTS - ACTIONS - DEEDS - OF ALL NAMED DEFENDANTS - STATED HEREIN.

REQUEST IMMEDIATE - COURT ORDER - TO REMEDY AND RECTIFY - THIS ISSUE AND PROBLEM -

RESPECTFULLY SUBMITTED,

SIGNED) Paul J. Connall

PAUL J. CONNALL
#418226 - C-1-4
MTC - ISF
900 INDUSTRIAL DRIVE
P.O. BOX 8000
HENDERSON, TEXAS - 75653

"Page One Statement of Relief"

Seek thirty million dollars for civil rights-violations-damages.

Seek thirty million dollars-for-Constitutional rights violations-damages.

Seek thirty thousand dollars-for-attorney fees-

Seek any and all court costs-copy costs-filing fees.

Respectfully Submitted,

Signed) Paul Connall

Paul Connall
# 418226-C-1-4
MJC-ISF
P.O. Box 8000
900 Industrial Drive
Henderson, Texas-75653

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES ⊗NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): __N/A__
  2. Case number: __N/A__
  3. Approximate date warning was issued: __N/A__

Executed on: __7/14/23__
              DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14__ day of __July__, 20__23__.
            (Day)            (month)         (year)

_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

"CERTIFICATE OF SERVICE"

I, PAUL J. CONNALL, DO HEREBY CERTIFY, THAT A TRUE AND A CORRECT COPY, OF THE FOREGOING, WAS THIS DAY MAILED, TO THE FOLLOWING ADDRESS, POSTAGE PRE-PAID, 1ST CLASS MAIL, VIA THE U.S. POSTAL SERVICE:

CLERK
U.S. COURTHOUSE
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS -
AUSTIN DIVISION
501 WEST 5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701

EXECUTED, ON THIS, THE 16TH DAY JULY 2023.

RESPECTFULLY SUBMITTED,
SIGNED) Paul J Connall
PAUL J. CONNALL
#418226-C-1-Y
MTC-ISF
900 INDUSTRIAL DRIVE
P.O. BOX 800
HENDERSON, TEXAS -
75653

# NOTICE TO COURT

THIS IS A CIVIL RIGHTS AND A CONSTITUTIONAL RIGHTS VIOLATION CLAIM.

THIS MAY BE RAISED AT ANY TIME - THERE ARE NO TIME BARS - OR - TIME LIMITATIONS.

ANY AND ALL NAMED DEFENDANTS, ACTORS, ARE NAMED IN THEIR INDIVIDUAL CAPACITIES, "NOT" THEIR OFFICIAL CAPACITIES SO AS TO OVERCOME ANY AND ALL CLAIMS OF "IMMUNITY" OF AND BY THE 11TH AMENDMENT USCA - U.S. CONSTITUTION.

THIS IS A "CLASS ACTION" WHEREBY FIVE (5) OR MORE PLAINTIFFS HAVE COMBINED TO STATE THE SAME CLAIM AGAINST SAME DEFENDANT -
AS PER TDCJ ID - REVELATIONS - SEE DAVID RUIZ - VS - ESTELLE LAWSUIT.